**MEMO ENDORSED**



**COHEN WEISS AND SIMON LLP**

Michael S. Adler, Partner
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

September 6, 2023

> The request is granted.  Plaintiffs shall file their response by October 6, 2023, and the reply shall be filed by October 20, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 6, 2023
> New York, New York

By Electronic Case Filing

The Honorable Edgardo Ramos
United States District Judge
United States Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *UFCW Local 174 Retail Pension Fund et al v. Food City Markets, Inc. et al*, Civil Action No. 1:22-cv-03067-ER (SDNY)

Dear Judge Ramos:

We represent Plaintiffs, UFCW Local 174 Retail Pension Fund (the "Pension Fund") in the above-referenced action.

We write, with the consent of defense counsel, to respectfully request that the Pension Fund's response to the Defendant's Motion to Vacate Entry of Judgment be due October 6, 2023, with the Defendant's reply papers due on October 20, 2023.  Under the terms of the agreement reached, until the Court opines on the pending motion, the Pension Fund will hold off on taking further action with respect to judgement enforcement.

In addition, the parties will discuss settlement in the interim.

We thank the Court for its consideration of this matter.

Sincerely,

*Michael S. Adler*

Michael S. Adler

cc: Counsel of Record

9802000 1